Priority ___
Send ___
Clsd ___
Enter ___
JS-5/JS-6 ✓
JS-2/JS-3 ___

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENCY OUTDOOR ADVERTISING, INC.<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; THE COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES; CHRISTOPHER "KIP" RUDD; OSCAR JAUREGUI<br><br>Defendants. | CASE NO.:<br><br>CV 99-10456-GHK (CTx)<br><br>JUDGMENT |

Pursuant to our October 10, 2003 Order Re: Cross-Motions for Summary Judgment, our August 2, 2007 Stipulation and Order dismissing the individual Defendants, Christopher "Kip" Rudd and Oscar Jauregui, our November 21, 2007 Order Re: Lost Profits and Injunctive Relief, our February 21, 2008 Order Re: Injunctive Relief, and the December 21, 2007 Stipulation Re: Compensatory Damages, **IT IS HEREBY ADJUDGED** that Plaintiff's claims are dismissed as to Defendants City of Los Angeles, Christopher "Kip" Rudd, and Oscar Jauregui. Plaintiff shall take nothing by its Third Amended Complaint from these Defendants. As to Defendant The

1  Community Redevelopment Agency of the City of Los Angeles ("CRA"), pursuant to the
2  above-listed orders and stipulations, **IT IS HEREBY ADJUDGED** that Plaintiff shall
3  have judgment against CRA on its First Amendment as-applied claim in the sum of
4  $14,000.00 in compensatory damages. All other of Plaintiff's claims against CRA are
5  dismissed.
6  **IT IS SO ORDERED.**

8  DATED: March 12, 2008

                                        _____
                                        GEORGE H. KING
                                        United States District Judge