UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REGENCY OUTDOOR ADVERTISING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; THE COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES; CHRISTOPHER 'KIP' RUDD; OSCAR JAUREGUI,<br><br>Defendants. | No. CV 99-10456-GHK (JCGx)<br><br>Assigned for all Purposes to the Honorable George H. King<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER** |

Good cause appearing, the Court approves and issues the Stipulated Protective Order.

IT IS SO ORDERED.

Dated: January 3, 2011

_____
Honorable Jay C. Gandhi
United States Magistrate Judge

RESPECTFULLY SUBMITTED,

MANATT, PHELPS & PHILLIPS, LLP
RONALD B. TUROVSKY (Bar No. 112140)